

Phone (252) 830-2327
Fax (252) 830-2793

United States District Court
Office of the Clerk
**201 SOUTH EVANS STREET
GREENVILLE, NC 27858**

Peter A. Moore, Jr.,
Clerk of Court

November 8, 2023

A. Charles Ellis
Ward and Smith, P.A.
PO Box 8088
Greenville, NC 27835
*Attorney for Plaintiff*

Melanie B. Dubis
Charles Raynal
Parker Poe Adams & Bernstien LLP
301 Fayetteville St., Suite 400
Raleigh, NC 27601
*Attorneys for Archoma US, Inc.
Archroma Management LLC, and
Clariant Corporatioin*

Scott Summy
Carla B. Pickrel
Cary McDougal
Brett Land
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219-4281
*Attorneys for Plaintiffs*

John Wellschlager
DLA Piper LLP (US)
The Marbury Building
6224 Smith Avenue
Baltimore, MD 21209-3600
*Attorney for Defendant BASF Corp.*

Philip F Cossich, Jr.
Brandon J. Taylor
Christina M. Cossich
Andrew Cvitanovic
Luana N. Smith
Darren Sumich
David A. Parsiola
Cossich, Sumich, Parsiola & Taylor, LLC
8397 Highway 23, suite 100
Belle Chasse, LA 70037
*Attorneys for Plaintiffs*

Michael L. Carpernter
Gray Layton Kersh Solomon
Furr & Smith, P.A.
Post Office Box 2636
Gastonia, NC 28053-2636
*Counsel for Buckeye Fire Equipment
Company*

Daniel L. Ring
Tyler D. Alfermann
Mayer Brown LLP
71 South Wacker Dr.
Chicago, IL 60606
*Attorney for Defendant 3M Company*

| | |
|---|---|
| Peter Condron<br>Crowell & Moring<br>1001 Pennsylvania Ave., NW<br>Washington, D.C. 20004-259<br>*Attorney for Defendants AGC Chemicals Americas Inc. and AGC, Inc.* | Jonathan I. Handler<br>Keith H. Bensten<br>Day Pitney LLP<br>One Federal St., 29th Floor<br>Boston, MA 02110<br>*Counsel for Defendants Carrier Global Corp., Kiddle PLC, Inc., Chubb Fire, Ltd. and Raytheon Technologies Corp.* |
| Heidi Levine<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>*Attorney for Defendant Arkema Inc.* | Jonathan Blakley<br>Gordon Rees Scully Mansukhani<br>One North Franklin, Suite 800<br>Chicago, IL 60606<br>*Attorney for Defendant ChemDesign Products, Inc.* |
| John Parker<br>Oliver Twaddell<br>Goldberg Segalla LLP<br>711 Third Ave., Suite 1900<br>New York, NY 10017<br>*Counsel for Defendant Chemicals, Inc.* | Kat Hacker<br>Bartlit Beck LLP<br>1801 Wewatta,<br>Suite 1200<br>Denver, CO 80202<br>*Counsel for Defendants Corteva Inc. and DuPont de Nemours, Inc.* |
| Kurt G. Warner<br>Clifton L. Brinson<br>Addie K.S. Ries<br>Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P.<br>Post Office Box 2611<br>Raleigh, NC 2611<br>*Counsel for Defendant Dynax Corp.* | David R. Erickson<br>Brent Dwerlkotte<br>Shook, Hardy, & Bacon, L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>*Counsel for Defendants E.I. duPont de Nemours & The Chemours* |
| Kurt D. Weaver<br>Womble Bond Dickson (US) LLP<br>555 Fayetteville St., Suite 1100<br>Raleigh, NC 27601<br>*Counsel for Defendant Deepwater Chemicals, Inc.* | Keith E. Smith<br>Greenberg Traurig, LLP<br>Three Logan Square<br>1717 Arch St., Suite 400<br>Philadelphia, PA 19103<br>*Counsel for Defendant National* |

*Foam, Inc.*

Ethan R. Ware
William Mullen
P. O. Box 8116
Columbia, SC 29202
*Counsel for Defendant Nation Ford Chemical Co.*

RE: New Hanover County v. The Chemours Company et al
   7:23-CV-97-FL

**Notice to Parties Regarding Removal of Case to the Eastern District of North Carolina**

Dear Counsel of Record:

On February 19, 2024, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District of North Carolina Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must also file a disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and user log-in and password are available on the court's website, www.nced.uscourt.gov .

cc: Christopher J. Blake - via Notice of Electronic Filing

Sincerely,

Peter A. Moore, Jr., CLERK OF COURT

(By) /s/ Donna Rudd
Deputy Clerk